463 A.2d 60

Commonwealth v. Stokes a/k/a Johnson, Appellant.

Submitted March 24, 1982. Francis M. Socha, Assistant Public Defender, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.

463 A.2d 60

Commonwealth v. Thomas, Appellant.

Submitted December 7, 1982. Anne L. Wall, Assistant Public Defender, for appellant; Kenneth D. Brown, District Attorney, for Commonwealth, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.